E-FILED
Thursday, 13 October, 2005  04:08:26 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 94-10056 |
| ) | |
| LAWRENCE C. SHANK, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| STAIR CRAFTERS LTD., ) | |
| ) | |
| Garnishee. ) | |

**ANNUAL ACCOUNTING OF EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(A), makes the following annual accounting on the Writ of Earnings Garnishment issued by this Court on June 15, 2000:

1. Amount collected 10/1/2004 - 10/3/2005:  $2,163.72.  See Exhibit A.

2. As of October 12, 2005, the balance remaining on the judgment is $572,979.71.

Respectfully submitted,

JAN PAUL MILLER
UNITED STATES ATTORNEY


s/Elizabeth L. Collins
_____
By:  ELIZABETH L. COLLINS, Bar No. 487864
 Attorney for the Plaintiff
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217-492-4888
E-Mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **Annual Accounting** was mailed on October 13, 2005 to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

STAIR CRAFTERS LTD.
Attn: Steven C. Hall
819 E. London
Peoria Heights, IL 61616

LAWRENCE C. SHANK
740 South Forest Trail
Peoria, IL 61615

                s/Elizabeth L. Collins
                _____
By:   Elizabeth L. Collins, Bar No. 487864
       Attorney for Plaintiff
        United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Tel: 217-492-4450
       Fax: 217-492-4888
       E:Mail: Beth.Collins@usdoj.gov