United States District Court
Account Summary

10/11/2005

SHANK, LAWRENCE C.
*[address]*
PEORIA, IL *[zip]*

Case Number    0753 1 9410056 001
Assessment     *[illegible]*
Fine                         0.00
Restitution            589,778.11

---

Restitution - 6855XX

| Payment date | Receipt | Payment by    | Payment | Interest | Total Due  |
|--------------|---------|---------------|---------|----------|------------|
| 10/04/2004   | P10941  | Money Order   | 166.44  |          | 574,976.99 |
| 11/01/2004   | P11156  | CHECK         | 166.44  |          | 574,810.55 |
| 12/03/2004   | P11414  | CHECK         | 166.44  |          | 574,644.11 |
| 12/30/2004   | P11605  | CHECK         | 166.44  |          | 574,477.67 |
| 02/01/2005   | P11849  | CHECK         | 166.44  |          | 574,311.23 |
| 03/11/2005   | P12209  | CHECK         | 166.44  |          | 574,144.79 |
| 04/04/2005   | P12395  | Money Order   | 166.44  |          | 573,978.35 |
| 05/03/2005   | P12633  | Money Order   | 166.44  |          | 573,811.91 |
| 05/31/2005   | P12861  | Money Order   | 166.44  |          | 573,645.47 |
| 07/01/2005   | P13144  | Money Order   | 166.44  |          | 573,479.03 |
| 08/01/2005   | P13394  | Money Order   | 166.44  |          | 573,312.59 |
| 09/02/2005   | P13670  | Money Order   | 166.44  |          | 573,146.15 |
| 10/03/2005   | P13928  | Money Order   | 166.44  |          | 572,979.71 |



EXHIBIT A.