**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**PEORIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) NO. 94-10056 |
| LAWRENCE C. SHANK, | ) |
| Defendant, | ) |
| STAIR CRAFTERS LTD., | ) |
| Garnishee. | ) |

**ANNUAL ACCOUNTING OF EARNINGS GARNISHMENT**

The United States, pursuant to 28 U.S.C. §3205(c)(9)(A), makes the following annual accounting on the Writ of Earnings Garnishment issued by this Court on June 15, 2000:

1. Amount collected 10/4/2005 - 10/2/2006:  $1,830.84.

2. As of October 12, 2006,  the balance remaining on the judgment is $571,148.87.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY


s/Elizabeth L. Collins
_____
By:   ELIZABETH L. COLLINS, Bar No. 487864
Attorney for the Plaintiff
United States Attorneys Office
318 South Sixth Street
Springfield, IL 62701
Tele: 217/492-4450
Fax: 217-492-4888
E-Mail: Beth.Collins@usdoj.gov

**CERTIFICATE OF SERVICE**

It is hereby certified that service of the foregoing **Annual Accounting** was mailed on October 12, 2006 to the following individual(s) by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

STAIR CRAFTERS LTD.
Attn: Steven C. Hall
819 E. London
Peoria Heights, IL 61616

LAWRENCE C. SHANK
740 South Forest Trail
Peoria, IL 61615

                s/Elizabeth L. Collins
                _____
By:   Elizabeth L. Collins, Bar No. 487864
       Attorney for Plaintiff
       United States Attorneys Office
       318 S. 6th Street
       Springfield, Illinois 62701
       Tel: 217-492-4450
       Fax: 217-492-4888
       E:Mail: Beth.Collins@usdoj.gov